**IN RE MICROSOFT CORP.**
**ANTITRUST LITIGATION**

                                 **MDL DOCKET NO. 1332**

**THIS DOCUMENT RELATES TO:**
**GRAVITY, INC.**


**DEFENDANT PBNEC=S SUPPLEMENTAL STATEMENT OF POINTS**
**AND AUTHORITIES IN SUPPORT OF THE MOTION OF DELL**
**COMPUTER CORPORATION, COMPAQ COMPUTER**
**CORPORATION,**
**AND PACKARD BELL NEC, INC.**
**TO DISMISS THE AMENDED COMPLAINT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**