IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.          *
ANTITRUST LITIGATION           *     MDL 1332
                               *
                            *****

ORDER

For the reasons stated in the accompanying opinion, it is, this 11th day of January 2002

ORDERED that the motion for preliminary approval is denied.

/s/
J. Frederick Motz
United States District Judge