UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | MDL Docket No. 1332<br>Hon. J. Frederick Motz |
| This Document Relates To:<br>All Actions. | |

**Apple Computer, Inc.'s Motion To Withdraw Its Motion For Intervention**

Apple Computer, Inc. ("Apple"), a member of the putative settlement class in the above captioned class-action, hereby moves for permission to withdraw its January 15, 2002 motion for an order permitting it to intervene in the action under Rules 24(a) or 24(b) of the Federal Rules of Civil Procedure.

Apple expressly reserves its right to seek intervention in the future should it deem such action necessary, and this withdrawal should in no way be construed to prejudice that right.

Dated: January 29, 2002                Respectfully submitted.


        /s/ Neil K. Gilman
Neil K. Gilman
O'Melveny & Myers LLP
555 13th Street, N.W.
Washington, D.C.  20004-1109
Telephone:  (202) 383-5391
Facsimile:  (202) 383-5414

George A. Riley
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA  94111-3305
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Apple Computer, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions. | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## [Proposed] Order

1.   It is hereby ORDERED that Apple Computer, Inc.'s ("Apple's") Motion for Intervention is WITHDRAWN. This withdrawal in no way prejudices Apple's right to seek intervention in the future should it deem such action necessary.

SO ORDERED, this ___ day of _____, 2002.

_____
The Honorable J. Frederick Motz
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2002, I caused (1) Apple Computer, Inc.'s Motion to Withdraw Its Motion For Intervention; and (2) Proposed Order to be placed on the Court's electronic filing system. In addition, two hard copies have been sent via Federal Express to Judge Motz.

Dated: January 29, 2002
/s/ Andrew J. Trask