UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | MDL Docket No. 1332 Hon. J. Frederick Motz |
| This Document Relates To: All Actions. | |

## [Proposed] Order

1. It is hereby ORDERED that Apple Computer, Inc.'s ("Apple's") Motion for Intervention is WITHDRAWN. This withdrawal in no way prejudices Apple's right to seek intervention in the future should it deem such action necessary.

SO ORDERED, this __ day of _July_, 2002.

_____
The Honorable J. Frederick Motz
UNITED STATES DISTRICT JUDGE

DC1:501549.1