IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. | * |
| ANTITRUST LITIGATION | *   MDL 1332 |
| | * |
| | * |
| This Document Relates to: | * |
| <u>Kloth v. Microsoft Corp.</u> | *   JFM-00-2117 |

*****

ORDER

For the reasons stated during the conference call held today, it is, this 12th day of January 2004

ORDERED that the motion of plaintiffs' lead counsel committee for consideration of petition for fees and expenses for work performed on a coordinated basis for state and federal cases be denied.

/s/
J. Frederick Motz
United States District Judge