UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Kloth* v. *Microsoft Corp.*, 1:00cv02117.

MDL Docket No. 1332
Hon. J. Frederick Motz

## [PROPOSED] ORDER MODIFYING SETTLEMENT APPROVAL ORDER

WHEREAS, on April 16, 2004, this Court entered an Order approving the settlement in this matter and awarding $10.5 million to Plaintiffs' Counsel as payment of fees and costs;

WHEREAS, Plaintiffs have requested a modification of that Order authorizing them to pay a $2,000 incentive award to each of the class representatives as compensation for their service in this matter;

WHEREAS, the Court finds that the class representatives, Franklin DeJulius, Paul Deiter and Gary Leach, have provided valuable service to the class and Microsoft has no objection to the proposed incentive awards;

NOW, THEREFORE, it is hereby ORDERED that:

The Court's April 16, 2004 Order Approving Settlement is hereby modified, *nunc pro tunc*, and Plaintiffs Counsel are authorized to pay, as incentive awards, $2,000 to each of the class representatives (Franklin DeJulius, Paul Deiter and Gary Leach) out of the $10.5 million in fees and costs awarded on April 16, 2004.

ENTERED this 23rd day of _____, 2004.

_____
HONORABLE J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE