**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CONSUMER CASES | MDL DOCKET NO. 1332<br>Hon. J. Frederick Motz |

**OPPOSITION TO NATIONAL PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES**

Berry & Leftwich ("BL") and Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. ("KHHTEF") oppose National Plaintiffs' Counsel's Motion for Attorneys' Fees (Jan. 7, 2005). B&L and KHHTEF were counsel in the Minnesota action, *Gordon v. Microsoft Corp.*, *Uglem v. Microsoft Corp.*, Court File Nos. 00-005994, MC03-004162 (Minn. Dist. Ct., 4th Dist.).[1] BL and KHHTEF were also counsel in *Gravity, Inc. v. Microsoft Corp.*, Civil No. 99-00363 (D.D.C.) (Lamberth, J.), which was transferred to this Court on April 29, 2000 and coordinated, but not consolidated, with the other putative class action cases in the MDL 1332 proceeding.

BL and KHHTEF adopt and incorporate by reference the Argument in Microsoft's Memorandum in Opposition to Motion by "National Plaintiffs' Counsel" for Attorneys' Fees at 10-14 (Mar. 18, 2005).

BL and KHHTEF adopt and incorporate by reference the arguments made in sections I.A through E., and II.A. through B. of Certain State Plaintiffs' Counsel's Initial Opposition to

---

[1] As counsel in the Minnesota action, BL and KHHTEF are appearing while preserving their jurisdictional defenses, as authorized by Federal Rule of Civil Procedure 12(b)(2).

National Plaintiffs' Counsel's Motion for Attorneys' Fees at 6-23 (Apr. 1, 2005).

BL and KHHTEF also adopt and incorporate by reference the arguments made in sections II and III.A. through C. of the Memorandum of Zelle, Hofmann, Voelbel, Mason & Gette LLP Specially Appearing in Opposition to National Plaintiffs' Counsel's Motion for Attorney Fees at 24-31 (Apr. 1, 2005).

Finally, BL and KHHTEF respectfully submit that it would be inequitable for the Court to award fees to "National Plaintiffs' Counsel" when that same group of attorneys sought preliminary approval of a flawed "cram down" settlement that would have extinguished the legitimate damages claims of consumers whose classes had been certified under the laws of California, Minnesota and other states. As the Court may remember from the November 27, 2001 preliminary approval hearing, "National Plaintiffs' Counsel" negotiated their settlement without having any sound evidence or empirical basis for assessing the value of the repealer states' damages claims.

Dated April 4, 2005.                                         Respectfully submitted,


/s/ R. Stephen Berry                                         /s/ Steven F. Benz
R. Stephen Berry                                             Steven F. Benz
Berry & Leftwich                                             Kellogg, Huber, Hansen, Todd,
2000 K Street, N.W.                                             Evans & Figel, P.L.L.C.
Washington, D.C. 20001                                       1615 M Street, N.W., Suite 400
(202) 296-3020 (office)                                      Washington, D.C. 20036
(202) 296-3038 (facsimile)                                   (202) 326-7900 (office)
sberry@berry-leftwich.com                                    (202) 326-7999 (facsimile)
                                                             sbenz@khhte.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 4th day of April, 2005, I electronically filed the foregoing Opposition to National Plaintiffs' Counsel's Motion for Attorneys' Fees with the Clerk of the Court using the CM/ECF system that sent notification of such filing to the CM/ECF participants.

I FURTHER certify that I sent the foregoing document by United States Mail to the following counsel:

Stanley M. Chesley
Robert Heuck II
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Edmund L. Carey, Jr.
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201

Joshua I. Barrett
DiTrapano, Barrett & DiPiero, P.L.L.C.
604 Virginia Street, East
Charleston, WV 25301

Richard D. Heideman
Heideman, Lezell, Nudelman
  & Kalik, P.C.
1146 19th Street, Fifth Floor
Washington, D.C. 20036

Alan M. Grunspan
Kaufman, Dickstein & Grunspan, P.A.
Wachovia Financial Center
Suite 4650
200 South Biscayne Boulevard
Miami, FL 33131

Michael D. Hausfeld
Daniel A. Small
Cohen, Milstein, Hausfeld
  & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Wasington, D.C. 20005

Alice McInerney
Daniel Hume
Kirby, McInerney & Squire, L.L.P.
830 Third Avenue, 10th Floor
New York, NY 10022

Thomas C. Willcox
Law Office of Thomas C. Willcox
1424 16th Street, N.W.  Suite 502
Washington, D.C. 20004

Leonard B. Simon
Susan G. Taylor
Lerach, Coughlin, Stoia, Geller, Rudman
  & Robbins, L.L.P.
401 B Street, Suite 1700
San Diego, CA 92101

Robert L. Lieff
Michelle C. Jackson
David S. Stellings
Lieff, Cabraser, Heimann & Bernstein, L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

| | |
|---|---|
| Joshua R. Treem<br>Andrew M. Dansicker<br>Schulman, Treem, Kaminkow, Gilden &<br>  Ravenell, PA<br>410 East Pratt Street, Suite 1800<br>Baltimore, MD 21202-3004 | Richard M. Hagstrom<br>Zelle, Hoffman, Voelbel, Mason<br>  & Gette, L.L.P.<br>500 Washington Avenue South<br>Suite 4000<br>Minneapolis, MN 55415 |

/s/ Jeanmarie Harrington