IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * * * | |
| THIS Document relates to: | * * | MDL 1332 |
| City and County of San Francisco, et al. v. Microsoft Corp. | * * | Civil No. JFM-04-3705 |

*****

ORDER

For the reasons stated in the accompanying Opinion, it is, this 18th day of April 2005

ORDERED

1. Defendants' motion to dismiss is granted;

2. Plaintiffs' claims asserted under the Unfair Competition Law are dismissed with prejudice; and

3. Plaintiffs are granted leave until on or before May 18, 2005 to file an amended complaint to assert claims under the Cartwright Act in accordance the rulings made in the accompanying opinion.

/s/
J. Frederick Motz
United States District Judge