UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ) | MDL Docket No. 1332 |
| ANTITRUST LITIGATION ) | Hon. J. Frederick Motz |
| ) | |
| This Document Relates To: ) | |
| ) | |
| All Class Actions ) | |
| ) | |

**NATIONAL PLAINTIFFS' COUNSEL'S RESPONSE TO MOTIONS OF CERTAIN STATE PLAINTIFFS' COUNSEL AND OF ZELLE HOFMANN VOELBEL MASON & GETTE LLP FOR LEAVE TO FILE SUR-REPLIES, AND NATIONAL PLAINTIFFS' COUNSEL'S REQUEST FOR ORAL ARGUMENT**

Certain State Plaintiffs' Counsel ("SPC") have moved for leave to file a surreply in further opposition to National Plaintiffs' Counsel's ("NPC") motion for attorney fees. NPC do not oppose this motion. However, pursuant to Local Rule 105(6), they request oral argument to address the issues raised in SPC's surreply, as well as the issues raised in approximately 180 pages of prior briefing.

Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle Hofmann") also has moved for leave to file a surreply. NPC oppose this motion in part. They oppose the motion to the extent it contains new factual material, including the Surreply Affidavit of Richard M. Hagstrom. Even if Zelle Hofmann were correct that its surreply is properly considered a reply, it would still be improper to present additional facts and evidence on reply. *See Seay v. TVA*, 339 F.3d 454, 481-82 (6th Cir. 2003); *Wooten v. Board of Public Utilities*, 1997 U.S. Dist. LEXIS 1155, *5 (D. Kan. 1997). Zelle Hofmann therefore should be required to re-file its surreply, redacted to exclude any new facts, any evidence regarding such facts and any argument relying on such facts. In the

alternative, NPC request leave to respond to such additional facts in a further brief. Pursuant to Local Rule 105(6), NPC also request oral argument to address the issues raised in Zelle Hofmann's surreply, as well as in the prior briefing.

Dated: June 14, 2005                                  Respectfully submitted,


                                                      //s//
                                                      _____
                                                      Michael D. Hausfeld
                                                      Daniel A. Small
                                                      COHEN, MILSTEIN,
                                                      HAUSFELD & TOLL, P.L.L.C.
                                                      1100 New York Avenue, N.W.
                                                      West Tower, Suite 500
                                                      Washington, D.C. 20005


                                                      Stanley M. Chesley
                                                      Robert Heuck II
                                                      WAITE, SCHNEIDER, BAYLESS
                                                        & CHESLEY Co., L.P.A.
                                                      1513 Fourth & Vine Tower
                                                      1 West Fourth Street
                                                      Cincinnati, OH 45202

                                                      **Co-Chairs of Plaintiffs' Lead Counsel**
                                                      **Committee On Behalf of National**
                                                      **Plaintiffs' Counsel.**

Nicholas E. Chimicles
Chimicles & Tikellis LLP
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041-0110

Christopher Lovell
Lovell, Stewart, Halebein LLP
500 Fifth Avenue, Suite 5800
New York, NY 10110

William Butterfield
Douglas Thompson
Finkelstein, Thompson & Loughran
The Duvall Foundry
1050 30th Street, N.W.
Washington D.C. 20007

Lynn L. Sarko
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Howard Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut St., Suite 500
Philadelphia, PA 19106

Shaheen Rushd
Pomerantz Haudek Block Grossman & Gross L.L.P.
100 Park Ave.
New York, N.Y. 10017

Robert A. Skirnick
Meredith Cohen Greenfogel,
& Skirnick, P.C.
One Liberty Plaza, 35th Floor
New York, NY 10006

Frank C. Dudenhefer
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130

Elwood Simon
Elwood Simon & Associates
355 South Old Woodward Avenue
Suite 250
Birmingham, MI 48322

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Michael J. Flannery
The David Danis Law Firm, P.C.
8182 Maryland Avenue
Suite 1400
St. Louis, MO 63105

W. B. Markovits
Markovits & Greiwe
119 E. Court Street, Suite 500
Cincinnati, OH 45202

Jodi K. McKelvin
Shelby Roden L.L.C.
2956 Rhodes Circle
Birmingham, AL 35205-1343

James T. Capretz
Capretz & Associates
500 Birch St., Suite 2500
Newport Beach, CA 92660

Robert N. Naifeh, Jr.
Derryberry, Quigley, Solomon & Naifeh, P.A.
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105

Melissa H. Maxman
Duane Morris LLP
1 Liberty Pl.
Philadelphia, PA 19103

John P. Zuccarini
Elwood S. Simon & Associates
355 South Old Woodward Avenue
Suite 250
Birmingham, MI  48009

Spiro J. Verras
Jones, Verras & Freiberg LLC
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA  70130-6004

Bernard Persky
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Ave.
New York, NY  10017-5563

Kenneth Goldstein
Krislov & Associates
222 N. La Salle St., Suite 2120
Chicago, IL  60601-1086

Brian H. Barr
Levin, Papantonio, Thomas, Mitchell,
Echsner & Proctor, P.A.
316 Baylen St., Suite 600
Pensacola, FL  32501

Marvin Miller
Miller, Faucher and Cafferty LLP
30 North La Salle St., Suite 3200
Chicago, IL  60602

Marc L. Newman
Miller Shea, P.C.
1301 W. Long Lake Rd., Suite 135
Troy, MI  48098

Richard J. Arsenault
Neblett, Beard & Arsenault
PO Box 1190
2220 Bonaventure Court
Alexandria, LA  71309-1190

Eugene A. Spector
Spector, Roseman & Kodfroff, P.C.
1818 Market St., Suite 2500
Philadelphia, PA  19103

Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY  10017

Robert Kitchenoff
Weinstein Kitchenoff Scarlato Karon &
Goldman Ltd.
1845 Walnut St., Suite 1100
Philadelphia, PA  19103

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing National Plaintiffs' Counsel's Response to Motions of Certain State Plaintiffs' Counsel and of Zelle Hofmann Voelbel Mason & Gette LLP for Leave to File Sur-Replies, and National Plaintiffs' Counsel's Request for Oral Argument were served this 14th day of June, 2005 via the Court's electronic filing system and via first class mail, postage prepaid upon the following counsel:

Edmund L. Carey, Jr.
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201

R. Stephen Berry
Berry & Leftwich
2000 K Street, NW
Washington, DC 20001

Joshua I. Barrett
DiTrapano Barrett & DiPiero PLLC
604 Virginia Street, East
Charleston, WV 25301

Richard D. Heideman
Heideman Lezell Nudelman & Kalik, P.C.
1146 19th Street, Fifth Floor
Washington, DC 20036

Alan M. Grunspan
Kaufman Dickstein & Grunspan, P.A.
Wachovia Financial Center
Suite 4650
200 South Biscayne Boulevard
Miami, FL 33131

Steven F. Benz
Kellogg, Huber, Hanson, Todd
  & Evans PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036

Alice McInerney
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022

Thomas C. Willcox
Law Office of Thomas C. Willcox
601 Indiana Avenue, NW, Suite 500
Washington, DC 20004

Leonard B. Simon
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101

Robert L. Lieff
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111

Richard M. Hagstrom
Zelle, Hoffman, Voelbel, Mason
  & Gette LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415

_____/s/_____
Brent W. Landau