IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.          *
ANTITRUST LITIGATION           *     MDL 1332
                               *
                               *

ORDER

For the reasons stated on the record today, it is, this 27th day of October 2005

ORDERED that National Plaintiffs' Counsel's motion for attorneys' fees (document #1575) is denied.

/s/
J. Frederick Motz
United States District Judge