UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| CHAMBERS OF | 101 WEST LOMBARD STREET |
|---|---|
| J. FREDERICK MOTZ | BALTIMORE, MARYLAND 21201 |
| UNITED STATES DISTRICT JUDGE | (410) 962-0782 |
| | (410) 962-2698 FAX |

October 11, 2006

Memo To Counsel Re: GO Computer, Inc., et al. v. Microsoft Corp.
Civil No. JFM-05-2413
MDL-00-1332

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' motion for reconsideration of a portion of my order dismissing this action.

While I continue to believe that the actions of plaintiffs' counsel were inappropriate, I have decided to grant the motion in light of plaintiffs' representation that they do not intend to continue to proceed with their action in this court in any event.  It is possible that the procedure I followed of ordering dismissal as a Rule 11 sanction was procedurally in error even though I provided plaintiffs and their counsel with the opportunity to challenge the sanction by filing the motion for reconsideration as they did.  At the least, in order to cure any possible error, I would partially rescind my order of dismissal and start the decision-making process afresh.  The resultant cost and delay would not be in the interest of the efficient administration of justice.  Moreover, I have respect for plaintiff's counsel and do not want what appears to be an uncharacteristic lapse of judgment to require them to report on bar applications and the like that they have been subjected to a Rule 11 sanction.

I recognize that my granting of plaintiffs' motion for reconsideration and my partial rescission of the order of dismissal may have incidental effect upon the parallel litigation pending between the parties in California.  However, the California courts are fully competent to evaluate the situation for themselves and make such rulings, if any, as they believe appropriate concerning the matters underlying my earlier opinion.

I request plaintiffs' counsel to submit a voluntary notice of dismissal of this action on or before October 20, 2006.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

                                      J. Frederick Motz
                                      United States District Judge