UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 MAR 23 P 12: 19

IN RE: MICROSOFT CORP.
ANTITRUST LITIGATION

MDL DOCKET NO.: 1332
Hon J. Frederick Motz

This Document Relates To:

Kloth v. Microsoft Corp., 1:00cv02117.

[~~PROPOSED~~] STIPULATED ORDER
GOVERNING ALLOCATION AND DISPOSITION
OF UNDISTRIBUTED AMOUNT ESCROWED TO FUND SETTLEMENT

WHEREAS, by order dated April 16, 2004 (Docket Entry No. 54), as amended on April 23, 2004 (Docket Entry No. 56), this Court approved the terms of a settlement agreement dated September 16, 2003 (the "Settlement Agreement") whereby All Claims (as defined in the Settlement Agreement) by the Class against Microsoft Corporation ("Microsoft") were settled, compromised and dismissed with prejudice;

WHEREAS, Microsoft deposited in an escrow account administered by Rust Consulting, Inc. funds in an amount initially equal to, then later exceeding, the projected maximum Settlement Amount described in Section I. P. of the Settlement Agreement;

WHEREAS, as of March 9, 2010, $2,453,534.67 remain in the escrow and distribution accounts administered by Rust Consulting, Inc., which remaining funds consist of (1) amounts attributable to settlement checks ultimately determined to be undeliverable; (2) amounts attributable to settlement checks not returned as undeliverable but which were not negotiated by members of the Class; and (3) interest earned since the initial deposit (in the aggregate, including interest, the "Undistributed Amount");

WHEREAS, the Settlement Agreement does not expressly provide for the disposition of the Undistributed Amount;

WHEREAS, the Parties have agreed amicably to dispose of the Undistributed Amount in the manner set forth below, which the Parties believe to be fair to the Class and not inconsistent with the Settlement Agreement;

WHEREAS, this Court having considered and approved this proposed disposition;

NOW, THEREFORE, it is hereby ORDERED that:

**Termination of Claims Period**

(1) To facilitate the disposition described below, no member of the Class may make any claim under the Settlement Agreement to the Undistributed Amount or otherwise, Microsoft no longer will have any obligation to pay any claim under the Settlement Agreement, and the period for any distribution to the Class contemplated by Section V. A. in the Settlement Agreement will be deemed to be closed as of the date that this Order is entered.

**Allocation of Funds, Generally**

(2) Fifty percent of the Undistributed Amount will be returned to Microsoft Corporation and the remaining fifty percent of the Undistributed Amount will be awarded to ~~one or more~~ each of the cy pres recipients ~~to be selected by the Court as~~ set forth below, in equal shares a

[space intentionally left blank]

-2-

**Selection of *Cy Pres* Recipient(s)**

(3) The following proposed *cy pres* recipients are authorized to participate in the *cy pres* selection process:

**National Cristina Foundation**
500 West Putnam Avenue
Greenwich, Connecticut 06830

**Boys and Girls Club of America**
National Headquarters
1275 Peachtree Street NE
Atlanta, GA 30309-3506

**Junior Achievement**
One Education Way
Colorado Springs, CO 80906

**Per Scholas**
Per Scholas Main Office
1231 Lafayette Avenue
Bronx, NY 10474

**Girls, Inc.**
120 Wall Street
New York, NY 10005-3902

**American Antitrust Institute**
2919 Ellicott Street, NW
Suite 1000
Washington, DC 20008

(4) The undersigned counsel will send a copy of this order to each of the potential *cy pres* recipients within two business days of the date that this Order is entered.

BY_____ Deputy

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 JAN 17 A 11: 46
CLERK'S OFFICE
AT BALTIMORE

1/12/~

-3-